F. L. KRAEMER & CO. *v.* UNITED STATES

**No. 7426.**—Invoice dated Mickleover, Derby, England, November 24, 1942.
Certified November 1942.
Entered at New York, N. Y., January 18, 1943.
Entry No. 25136.

(Decided October 29, 1947)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

JOHNSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

AMERICAN EXPRESS CO. *v.* UNITED STATES

**No. 7427.**—Invoices dated Manchester, England, April 16, 1942, etc.
Certified April 16, 1942, etc.
Entered at New York, N. Y., May 26, 1942, etc.
Entry Nos. 752276; 711295.

(Decided October 31, 1947)

*William Whynman* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.